No. 03–8833. PALLADINO *v.* PERLMAN, SUPERINTENDENT, MOHAWK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8879. SCOTT *v.* LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8885. WILLIAMS *v.* AVIALL SERVICES INC. C. A. 5th Cir. Certiorari denied.

No. 03–8916. RHODES *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–8937. HORNE *v.* POTTER, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 03–8954. PHILLIPS *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 03–8973. MURILLO-CONTRERAS, AKA MARTINEZ-BRAVO, AKA CONTRERAS MURILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8986. BOYER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8990. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8994. CUEVAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8999. BENNETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9001. STERLING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9008. MAXWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9014. CHARLES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.